UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENRIQUE SUAREZ,<br><br>        Plaintiff,<br><br>        v.<br><br>DONALD GLASSNER,<br>COLE GLASSNER, and<br>ART AND COMPANY, LLC,<br><br>        Defendants. | Case No. 1:12-cv-09986<br><br>Hon. Geraldine Soat<br><br>Brown |

**CONSENT ORDER AND JUDGMENT**

      In view of the parties' full and complete settlement of all claims that currently exist between or among them, the parties, through their respective counsel, stipulate and consent to, and the Court orders, the following:

      1.      This Order constitutes final judgment on the Complaint (Dkt. 1).

      2.      Defendant Art and Company, LLC's Counterclaim (Dkt. 19) is dismissed with prejudice.

      3.      Defendants and their respective officers, directors, agents, servants, employees, attorneys, successors, licensees, partners, assigns, and other representatives, as well as those in active concert with each or any of them, are hereby permanently enjoined from creating, displaying (whether physically or electronically), distributing, selling, or offering to sell any copies, reproductions, or derivative works (whether in physical or electronic form) based in any way upon the painting "City Slickers" or any other work by Plaintiff, and from inducing,

contributing to, or otherwise enabling or participating in any such acts by any other person or entity.

      4.      Within ten (10) days following entry of this Order, Defendants and their respective officers, directors, agents, servants, employees, attorneys, successors, licensees, partners, assigns, and other representatives, as well as those in active concert with each or any of them, must do the following:

      (a)      Delete and destroy all electronic copies, reproductions, and derivative works based in any way upon the painting "City Slickers" or any other work by Plaintiff in their possession, custody, or control; and

      (b)      Provide to Plaintiff, through the parties' respective counsel and in a destroyed format, all physical copies, reproductions, and derivative works based upon the painting "City Slickers" or any other work by Plaintiff in their possession, custody, or control.

      5.      Within fifteen (15) days following entry of this Order, Defendants must provide to Plaintiff an executed declaration, made under oath, attesting to the following:

      (a)      Defendants have fully complied with all requirements of paragraph 4 of this Order;

      (b)      No copies, reproductions, or derivative works (whether in physical or electronic form) based in any way upon the painting "City Slickers" or any other work by Plaintiff remain in the possession, custody, or control of Defendants or of their respective officers, directors, agents, servants, employees, attorneys, successors, licensees, partners, assigns, or other representatives; and

(c) The financial information provided in Exhibits 8 and 9 to Defendants' mediation letter dated July 10, 2013, is true, correct, and complete to the best of Defendants' knowledge, belief, and ability.

6. Within five (5) days following entry of this Order, Defendants must pay to Plaintiff the sum of five thousand U.S. dollars ($5,000.00). Additionally, Defendants must pay to Plaintiff the additional sum of five thousand U.S. dollars ($5,000.00) in monthly installments over the course of eighteen (18) months as provided in the parties' Settlement Agreement, with each monthly installment payment due on the first day of the month, beginning with September 1, 2013. Any failure to make a monthly installment payment by the first day of the month is subject to the notice and cure periods provided in the parties' Settlement Agreement.

7. If Defendants are ever in default on any payment obligation under paragraph 6 of this Order and the parties' Settlement Agreement, then they must pay to Plaintiff the additional sum of five thousand U.S. dollars ($5,000.00) in addition to the $10,000.00 Defendants are required to pay under paragraph 6. Upon motion and reasonable proof of such default by Plaintiff, the Court will enter a judgment in the amount of all remaining payments due under paragraph 6 of this Order and the parties' Settlement Agreement, plus this additional sum of five thousand U.S. dollars ($5,000.00).

8. This Court retains jurisdiction to enforce this Order and the parties' Settlement Agreement.

IT IS SO ORDERED.

*Geraldine Soat Brown*

_____
Hon. Geraldine Soat Brown
Presiding U.S. Magistrate Judge

Dated: September 6, 2013

3

All parties, through their respective counsel, hereby stipulate and consent to the form and entry of this Order and Judgment.

SIDLEY AUSTIN LLP

Dated: September 5, 2013.

By: s/ Gwen Hochman Stewart
      Gwen Hochman Stewart

Gwen Hochman Stewart (# 6300029)
gstewart@sidley.com
Jack R. Bierig (# 0207039)
jbierig@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Plaintiff Enrique Suarez*

KUBASIAK, FYLSTRA, THORPE &

Dated: September 5, 2013.

ROTUNNO, P.C.

By: s/ Clarke (Mac) Gillespie, III
      Clarke (Mac) Gillespie, III

Clarke (Mac) Gillespie, III (# 6229315)
KUBASIAK, FYLSTRA, THORPE &
ROTUNNO, P.C.
20 S. Clark Street, 29th Floor
Chicago, IL 60603
Telephone: (312) 630-9600
Facsimile: (312) 630-7939
mgillespie@kftrlaw.com

*Attorney for Defendants Donald Glassner, Cole Glassner, and Art and Company, LLC*